# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE, | 1:14-cv-01542-GSA-HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EXPEDITED SCREENING (Doc. #2) |
| v. | |
| PAUL COPENHAVER, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On October 2, 2014, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. As Petitioner correctly states, the instant action is pending before this Court. However, the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

//

//

//

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

Dated:   **October 6, 2014**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2